IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VENKY VENKATRAMAN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-2821-K-BW |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (*See* Dkt. No. 16)  No objections were filed.  The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Accordingly, Plaintiff's Motion to Remand (Dkt. No. 6) is DENIED, Defendant's Motion to Dismiss (Dkt. No. 4) is GRANTED, and Plaintiff may, within 28 days of the date of this order, file an amended complaint.  If Plaintiff fails to file an amended complaint within the period allowed, Plaintiff's claims will be dismissed with prejudice.

SO ORDERED.

Signed May 7th, 2025.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE