IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VENKY VENKATRAMAN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-2821-K-BW |
| | § | |
| BANK OF AMERICA, N.A., | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (*See* Dkt. No. 24.) Objections were filed. (*See* Dkt. No. 25.) The District Judge reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's Motion to Dismiss (Dkt. No. 19) is GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed August 13th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE